UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE:                                                                           NO. 19-30170

JOSHUA R. GEARY

Debtor(s)

### ORDER

Motion having been made the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the debtor be granted an extension of seven (7) days from the date of the filing of the motion to file the balance of schedules.

DATE: _____

Joan A. Lloyd
United States Bankruptcy Judge
Dated: February 6, 2019

Tendered By:

/s/_____
Victor E. Tackett, Jr.
Attorney for Debtor
223 E. Spring St
New Albany, IN 47150
(502)935-3716